HENRI GUTMANN SILKS CORPORATION, Respondent, v. MICHAEL J. K. REILLY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that it does not appear from the moving papers that the defendant has committed any act in violation of the order of this court of November 7, 1919 [189 App. Div. 258]. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

ISABELLE C. GWATHMEY, Appellant, v. ARCHIBALD B. GWATHMEY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

JENNIE COLLINS MILLS, Respondent, v. JOHN WESLEY MILLS, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.; Laughlin and Merrell, JJ., dissenting.

In the Matter of the Application of ANNIE S. ABERCROMBIE for a Writ of Habeas Corpus in Behalf of WILLIAM C. ABERCROMBIE, Appellant, v. DOCTOR M. B. HEYMAN, Superintendent of the Manhattan State Hospital, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

LOUISE LUSK, Respondent, v. ROY A. LUSK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

WILLIAM N. BREWER, Suing on His Own Behalf and on Behalf of All Other Stockholders of NEW YORK MOTION PICTURE CORPORATION, Similarly Situated, etc., Respondent, v. HARRY E. AITKEN and Others, Impleaded with ADAM KESSEL, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

MIRIAM BROMBERGER and Another, Appellants, v. JAMES P. McKINNEY, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

RICHARD EDWARD BEACH, Respondent, v. MARY EDNA BEACH, Appellant. — Order affirmed, with leave to defendant to renew motion for alimony upon proper papers showing the necessity for her support and the means of the plaintiff. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PATRICK D'ORIO.— Motion to dismiss appeal granted. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM MARTINI.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.